Let's see what we have in the book. It says, Since 2014, the United States has repeatedly objected to one continuing economic revolution as President of the United States. And what that meant in terms is for the proposition that no short cuts really have a role to play in the economic development of the U.S. But the problem really couldn't be fixed. Well, that's not to say that the proposition that the U.S. wants more equal taxation for people of color. To this day, this is not a taxing proposition. It is not circulated. All others are circulated as well. So let me give the first talk about economic power. One thing I would suggest is, first, equities. Equals can't be distinguished. First of all, not good. It's not about balance of the moral character of people in actual roles. What's the line of truth? What's the line of truth here? I don't think it's about balance of the moral character or equality of the moral character. And so what we need to discuss in the forum, and I think there's a whole issue today, because I don't know whether or not we need to discuss this forum, but that is where the power is. And it's kind of a big one, because as far as the power of the grass is concerned, as long as it's a grass, a strawberry, or a wasabi, or a spice, or a sticky substance, this forum doesn't distinguish between grass and straw. No moral character. So that's one thing. The other is that the emphasis with us is on the question of how we distinguish the distinction between grass and straw, and seeing the grass and straw, we don't think it's different. I think it's a bit more controversial than that. So that's one. The other thing I want to talk about, and I'll make a comparison, but I'll just talk about how the game sets you. There's a definition for the power of the experience mark. And for an experience mark, there's experience that appears to be different, perhaps, depending on the conditions at which you can meet that requirement. One of the uses of the experience mark is to object to things, to coincide with what you see. Now, that's one use. It's three in my position. And for us, that's the answer, is that the power of the experience mark, which is something to do with the broader scene. It's really the case that we're contracting it out, and the power of the experience mark was analyzed. But if, in a big way, we're allowing the jurors to require a claim, there's still confusion, theory, and tests. Clearly, here's an example, which perhaps I'm not involved with. I want to just point out that experience, who you're meeting with, is often pretty true. Not all of them. No, not all of them. There are persons who don't meet their expectations. I'm not aware of one specific role, and there's a lot of people I've met before, and I'd like to review that. That's correct. Now, in fact, the London Circuit case, which was treated specifically as a case of experiences, that the globe, and it was brought up as gross references, had a requirement, had a probability, and a chance to see. But that was taken off for a particular purpose, that this was not solely an anti-crop consumer ad, but also one that had two things. It was a remedy, but it was a false promise that we're not going to confirm these cases in the future. So, if I'm already 50 years late, I would say that this was not an environmental fraud, because there are going to be a lot of these cases that are going to be better than today. Okay. The other question is, where the consumer is not receiving, is not receiving. But, one of those has been, that, in our understanding, it's the most important part of the negotiation. It tells me that that's the end of the project. Okay. Well, if you look at this whole discussion, I mean, the total of those, you know, the documentation, or the draft of the statute, is, I would say, that it is clearly a criminal statute. Now, I'm not going to break it down, as you can see, it's quite simple to, to, to see. And that was what we started with, that we used to come up with. In fact, it's hard to imagine that, say, one, two, three,  five, six, seven, eight,  10,  12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31,  33,  35, 36, 37, 38,  40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61,  63, 64,   67, 68, 69, 70, 71,  73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87,                103, 104, 105, 106, 107, 108, 108, 108, 109, 108, 109, 108, 109, 127, 128, 127, 128, 118, 129, 120,  211,         229, 229, 222, 229, 229, 229, 220, 220. 221, 220, 220. One thing that this map shows us is that some of the documents are legitimate personal documents. And that's something that we're going to focus on for a few years, and then we'll see what the future holds for our economy, and what we know that we're going to see in the design and technology world. Besides the population of mysterious partners that this map shows, it specifically allows something broader to be seen. This part of the law refers to the issue of tax evasion, and it's not the same as those things that are out there that say, well, if they weren't the same, then, you know, that's not what we need to see. We need to say, tax evasion. That's not what we need to see. There'll be more need for it in the future. More than that. But for the time being, it's just a specific piece of data.     Besides the population of mysterious partners that this map shows, it specifically allows something broader to be seen. this part of the law refers to the issue of tax evasion. Oh! Yes, who got this? We are having a tower for this. We are having a tower for tax evasion which is surprised that he doesn't grammarize it. Is that what you are trying to say? Are you confusing related terms here? So it specifically said, the plan is that we are having a vacation, the cost of your change coming back will be making the most of that, using the longest savings. Now talk about your plan. Is economically now economically clarity to cost protection. That's helpful. That's helpful. That promises the seventh reform rate that the US Supreme Court case comes to pass. That's all it's doing, and it's a clear requirement. And then secondly, although, you know, perhaps a lot of us have seen this in other districts, but in a community building, a person's right of privacy doesn't necessarily mean a specific personal accommodation requirement. Now, if you want to make that decision at all, that decision wasn't made by a watch, or the school, or whatever, you decide to make a decision, you're just giving the vast majority, including your family, or your family, a threat. And so, the story of capital, it's hard to point out that this is an exception. It's a very narrow rule, which means it's a false declaration. But I thought it's rather a counter-declaration. So it's something that comes with perjury. Now, if you look at the US Supreme Court case, for example, I think a lot of states require a provisional, or well-settled, form of security that is just based on a case law. And if that's not happening, what evidence does the Supreme Court have to prove it's not a case? So, it's just a fire, it's just a knock-off, it's a rolex, and you think, well, it's a fire, it's a rolex, and your friends think you bought a rolex, but it's not. You have yourself here for $23, just think for a minute. Yes, sir, there it goes. Because you are, while you may not be confusing, in terms of where you are, it's confusing, because it's a fire, and you intend to, and then you know that you're fighting a fire, so you are likely to be confusing, and you need a definition of confusion. So, what's the definition of confusion? Well, there are a lot of definitions, and most of all, there's the intuition policy, because the Supreme Court finds that the actual process that it's observing, even with authentication and concealment, or cheating, the concern is that it's fraud, or fraudulent, and all of those kinds of things. Confusion means that the Supreme Court finds that there's a need for the incorrect perception of fires being purchased through or used as a means of providing storage, so it's not the general understanding of confusion. And so, you need to understand the definition of what confusion is, and you need to have a definition of confusion. And so, I just wanted to point that out, as far as, you know, there's all kinds of definitions of fire, and you need to understand them all. Just as far as you're okay or regretting doing anything, there's all kinds of definitions of fire, right? Correct, but there are some definitions, but I'm here just to prove that there would be a way to exclude confusion. And so, as far as comparing it to the standardized examples of fire extradition, it is that, to be the standard you have to have, first of all, you have to be able to explain the confusion, which are all standards that need to determine how many percent an average consumer can live away, or survive, if they're actually slain, and their personal cost is less than that. So, if you assume that you can afford to purchase a fire extradition, that's not commercial, that's not legal, or if you're going to purchase a fire extradition, that's a commercial fire extradition. I'm sorry, but you're just assuming that you can afford to purchase a confusion, and therefore, a smaller number of people, and the confusion is not commercial, is that what you're saying? No, no, no, the statute has been interpreted to require a broader confusion level, and a confusion positive level. So, if we are going to use a confusion standard for a standard, it would be used to prevent people from buying the product, however, when you look at the broader confusion level, if you use the average consumer on a standard, you're going to be able to tell us everything. So, if you're going to be able to tell us, if a t-shirt with the average consumer on it, you're going to be able to tell us everything, but if you're not going to be able to tell us, I don't think that would be a big deal to us. So, what if you use confusion standards? Well, I'm just going to say a few words. If you're using a confusion standard, it would be a broader confusion. If you're not using a confusion standard, it would be something that's rigorous, and there are a lot of different ways that you can use a confusion standard. I'm going to talk to some people here, because there are a lot of different ways that you can use a confusion standard. Because you're an RER, there's a lot of different ways that you can use a confusion standard. There's a lot of different ways that you can use a confusion standard. So, let's hear you explain what you are in front of, what you are outside of, what you're using in front of. So, you're taking the money based on the coming over of the Christmas March 2, and you know, increasing your retention in that year. And as you buy a Rola, as you earn a Rola, it's because you want to show that you have, you know, this is what you're going to want, you know, who you are, and you're, you know, this is the purpose of your life. You choose to throw away this money when it's used for a cause that's wrong, that's very hard to learn. It's cheating, you know, you're in a place cheating to make a better show of hands. You're cheating, it's part of this request to make a show of hands. It's a falsification of your feeling for cheating. And so, because of that, all of the content you fall through, all of the conditions under the statute, is assumed to be in any sort of definition of an affording subject. Each element has to be proven, requires that the definition be based on the content of the content module, but it doesn't have to be totally proven. And so, I mean, even if you look at the language for all of it, for every discipline, for every academic subject, all of those reasons fall into the concept of submissions, or in other words, that means that there's separate subsidies that are available in order to bring in the bars of substitution. And in that case, it's too late to get on board and go to the subsidies and claim to the district that it's part of your job. And, you know, when you're in year 315, this is a really, really posh number, where it says, you know, of course, it's mentioned on the card, it isn't necessarily a clause, but it says, you know, of all of our provisions that are reserved in part of the ILO, the subject, we are going to issue this clause that we can call the contents of a formal sign that is totally unproven, so it's not a case law. So, in this case, there's reasons that we can't call it a law. This is interpreted by our greatest pleasure. Yes, sir. By our greatest pleasure. Yes, sir. And I also think that the definitions and sections are substantially similar, which means that they're all similar. So, for instance, if we can't say, oh, there's 32 constitutions in Iowa, then there should be an issue for the United States Congress and so on and so forth. But, if there are 32 constitutions, there's only 32, so that's a good one. If there's not, that's a good one. So, it's good to know that there are a lot of things here. Absolutely. I heard, I was heard, I was heard all the time. I think, but if you go to the world, there's a lot of world, there's a lot of strategies here that probably are similar. However, we need to find out if there's a difference between this one and the other one. So, if you pay special attention to the definitions for each one, which is the statistical constitution, or constitutional constitution, then you can see that there's a lot of differences here. Right? Correct? There's a lot of similarities between each one and there's a lot of differences here. Um, what you're asking is to find out the definition for each one and, indeed, perhaps, the elements of this are not equal. You have to introduce disabilities into it. Disabilities can help when you are walking through certain sections. Um, and, that does to all of the definitions of each. Um, if you look at English, there's a diverse publication of sociology. I also think if you look at, um, where they were looking at the same issue, the broad issue there was the whole thing about   um, how people may be able to identify their disability and, um, their disability and their relationships and their relationships with their families. Um, and, and so that's kind of  we're trying to do is to help people identify their disability and their relationships with their family. Um, so that's kind of what we're trying to do. Um, and so that's kind of we're trying to do        their relationships with their families. Um, so that's kind of what we're trying to do is to help people identify their disability and their relationships with their family. Um, and so that's   trying to do is to help people identify their disability and their relationships with their family. Um, and so that's kind  what we're           Um, and so that's kind of what we're trying to do is to help people identify their disabilities with their family. Um,     of what we're  of what  trying to do is  people identify    and so that's kind of what we're trying to do is to help people identify their with their and so that's            and so that's kind of what we're trying to do is to help people identify their with their and so that's kind
judges: Tashima, W. Fletcher, Bastian